# UNITED STATES BANKRUPTCY COURT
## Eastern District of Missouri
### Thomas F. Eagleton U.S. Courthouse
### 111 South Tenth Street, Fourth Floor
### St. Louis, MO 63102

IN RE A PETITION FOR RELIEF UNDER CHAPTER 7 OF TITLE 11, U.S. CODE FILED BY OR AGAINST THE BELOW NAMED DEBTOR(S) ON 10/8/15
Case No.: 15−47632
Judge: Kathy A. Surratt−States

Debtor(s):
Dennis D. Crain − See below for reported alias information
xxx−xx−0023
− See below for reported alias information

**NOTICE IS GIVEN THAT:**

The initial Section 341 Meeting notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the Clerk of the U.S. Bankruptcy Court on or before:

**3/25/16**

Creditors who do not file a proof of claim on or before the above listed date **MIGHT NOT share in any distribution from the debtor's estate.**

Claimants should use the Court's Electronic Proof of Claim Filing system (ePOC) found on the Court's web site at www.moeb.uscourts.gov to file their proof of claims. You may access the Court's PACER system (www.pacer.psc.uscourts.gov) to view your filed proof of claim. If you are unable to file your proof of claim using the ePOC system, a proof of claim form is available on the U. S. Court's web site at www.uscourts.gov. For more information, please contact the Court's Help Desk at 1−866−803−9517.

There is no fee for filing the proof of claim.

Any creditor who has filed a proof of claim already need not file another proof of claim.

FOR THE COURT:

/s/ Dana C. McWay
Clerk of Court

Dated: 12/16/15

**Reported Alias Information:**
Dennis D. Crain −
−
Rev. 10/13 assnot